1:20-cv-2900-JPH-MJD

**FILED**

12:56 pm, Nov 05, 2020

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## Statement of Claim                                          5 November 2020

The Plaintiff, ( David M Mullins) ,worked for the State of Indiana, Dept. of Health Weights and
Measures Division as a Metrologist level 1 starting work on 22 April 2019 and ending just a short 39
days later on 31 May 2019.
On 31  May 2019 Mike Miller Division Director for the Weights and Measures Division dismissed
unjustly Mr. Mullins for an alleged disciplinary action which was actually a cover for removal of an
employee for a handicapping condition.
As a result the Plaintiff (Mr. Mullins) has been forced to suffer irreparable harm up to and including
,lost wages and humiliation. The Plaintiff (Mr. Mullins)does request the State of Indiana pay all back
pay ,vacation time and retirement  , reinstate the Plaintiff and then laterally transfer the Plaintiff  to a
different position and division of same or greater pay with the State of Indiana.

I have been granted the right to file suit as per the EEOC on 9/14/2020

David M Mullins

5 Nov 2020