UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID M. MULLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02900-JPH-MJD |
| | ) |
| MIKE MILLER, | ) |
| DAVID NAUTH, | ) |
| DAVID FLEISHHAKER, | ) |
| HEATHER WHITAKER, | ) |
| HOWARD WICKERSHAM, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING SERVICE OF PROCESS**

### I.   Granting *In Forma Pauperis* Status

Plaintiff, David Mullins, has filed a motion to proceed *in forma pauperis*, which is **GRANTED**. Dkt. [7]. *See* 28 U.S.C. § 1915(a). While *in forma pauperis* status allows Mr. Mullins to proceed without prepaying the filing fee, he remains liable for the full fees. *Ross v. Roman Catholic Archdiocese of Chicago*, 748 F. App'x 64, 65 (7th Cir. Jan. 15, 2019) ("Under 28 U.S.C. § 1915(a), a district court may allow a litigant to proceed 'without *prepayment* of fees,' . . . but not without *ever* paying fees."). No payment is due at this time. His previous motions to proceed *in forma pauperis* are **DENIED as moot**. Dkt. [2]; dkt. [5].

## II.     Directing Service of Process

The clerk is directed under Federal Rule of Civil Procedure 4(c)(3) to issue process to Defendants in the manner specified by Rule 4(d).  Process shall consist of the second amended complaint, dkt. 6, applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Order.

**SO ORDERED.**

Date: 11/24/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DAVID M. MULLINS
1935 Tartan lane Apt. 101
Avon, IN 46123

Mike Miller
Indiana State Department of Health/Weight and Measures Division
2525 North Shadeland Ave., D-3
Indianapolis, IN 46219-1770

David Nauth
Indiana State Department of Health/Medical Radiology Services
402 W. Washing St. Room W072
Indianapolis, IN 46204

David Fleishhaker
402 W. Washingtin St. Room W072
Indianapolis, IN 46204

Heather Whitaker
402 W. Washington St. Room W161
Indianapolis, IN 46204

Howard Wickersham
Indiana State Department of Health/Weight and Measures Division
2525 N. Shadeland Ave., D-3
Indianapolis, IN 46204