UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID M. MULLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02900-JPH-TAB |
| | ) |
| STATE OF INDIANA, | ) |
| MIKE MILLER, | ) |
| DAVID NAUTH, | ) |
| | ) |
| Defendants. | ) |

## SCHEDULING ORDER

The Court sets this case for final pretrial conference on **November 2, 2023, at 1:30 p.m.**; the jury trial to commence on **November 14, 2023, at 9:00 a.m.** in Room 329, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.

**SO ORDERED.**

Date: 5/10/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel