UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| DAVID M. MULLINS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 1:20-cv-02900-JPH-TAB |
|  | ) |  |
| STATE OF INDIANA, | ) |  |
| MIKE MILLER, | ) |  |
| DAVID NAUTH, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**ORDER**

The Court has considered the parties' proposed supplemental voir dire questions, dkt. 121, and supplemental preliminary jury instructions, dkt. 126; dkt. 134. Absent an objection raised and sustained at the final pretrial conference, the Court will question the venire with the questions attached as Exhibit 1 and will instruct the jury with the preliminary instructions attached as Exhibit 2.

**SO ORDERED.**

Date: 10/31/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel