UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DAVID M. MULLINS,

    Plaintiff,

v.

MIKE MILLER, et al.,

    Defendants.

Case No. 1:20-cv-02900-JPH-TAB

**PARTIES' JOINT EXHIBIT LIST**
**REFLECTING STIPULATIONS OF AUTHENTICITY AND ADMISSIBILITY**

The parties, by their respective counsel, and pursuant to the Court's November 2, 2023 Order (Dkt. 146), tender their updated exhibit list reflecting the parties' stipulations of authenticity and admissibility.

Respectfully Submitted,

Date: November 9, 2023

By: */s/ Gustavo A. Jimenez*
Gustavo A. Jimenez
IN Attorney No. 35866-53
OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-2623
Fax: (317) 232-7979
Email: Gustavo.Jimenez@atg.in.gov
*Attorney for Defendants*

/s/ Claire E. Hunter
Benjamin C. Ellis
Claire E. Hunter
Natalie R. Dickey

HKM EMPLOYMENT ATTORNEYS LLP<br>
320 N. Meridian St., Ste. 615<br>
Indianapolis, IN 46204<br>
P / F    |    (317) 824-9747<br>
Email  |    bellis@hkm.com<br>
chunter@hkm.com<br>
ndickey@hkm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will automatically be sent to all counsel of record.

*/s/ Gustavo A. Jimenez*
Gustavo A. Jimenez
Deputy Attorney General