## Exhibit List
### *Mullins v. State of Indiana et al.*, 1:20-cv-2900

| **PLAINTIFF'S EXHIBITS** | | | |
|---|---|---|---|
| **Trial #** | **Dep. #** | **Description** | **Stipulations (if any)** |
| 3 | 3 | *Applicant Background and New Hire Checklist* [Dkt. 80-1] | Authenticity |
| 4 | 4 | *Interview Questions* Set 1 [Dkt. 80-2] | Authenticity |
| 5 | 5 | *Interview Questions* Set 2 [Dkt. 80-3] | Authenticity |
| 6 | 6 | *Interview Questions* Set 3 [Dkt. 80-4] | Authenticity |
| 41 | 41 | Late May 2019 Email Chain Involving Miller, Whitaker, and Nauth [Dkt. 80-5] | Authenticity and Admissibility |
| 65 | 65 | Late April 2019 Email Chain Involving Miller, Whitaker, and Nauth [Dkt. 80-6] | Authenticity and Admissibility |
| 66 | | Resume of David Mullins [Dkt. 80-7] | Authenticity and Admissibility |
| 67 | | Offer Letter [Dkt. 76-2] | Authenticity and Admissibility |

| 68 | | *Job Description*, Metrologist 1 [Dkt. 76-3] | Authenticity and Admissibility |
|---|---|---|---|
| 69 | | *Written Counseling* (May 10, 2019) [Dkt. 76-6] | Authenticity and Admissibility |
| 70 | | Letter from M. Foster to D. Mullins (May 31, 2019) [Dkt. 76-7] | Authenticity and Admissibility |
| 71 | | Email from M. Shobe to D. Nauth (Apr. 23, 2019) [STATE0115.0012] | Authenticity and Admissibility |
| 72 | | Email String (Apr. 23-24, 2019) [STATE0015.0042] | Authenticity and Admissibility |
| 73 | | Email from M. Miller to D. Mullins (Apr. 25, 2019) [STATE0015.0041] | Authenticity |
| 74 | | Email from M. Miller to D. Nauth (May 1, 2019) [STATE0004.0001] | Authenticity and Admissibility |
| 75 | | Email String (May 3, 2019) [STATE0004.0015] | Authenticity and Admissibility |
| 76 | | Email String (May 10, 2019) [STATE0004.0019] | Authenticity and Admissibility |
| 77 | | Email String (May 10, 2019) [STATE0004.0022] | Authenticity and Admissibility |

| | | | |
|---|---|---|---|
| 78 | | Email String (May 15, 2019) [STATE0005.0001] | Authenticity and Admissibility |
| 79 | | Email from M. Miller to D. Mullins (Apr. 25, 2019) [STATE0015.0030] | Authenticity and Admissibility |
| 80 | | Email String (May 24-28, 2019) [STATE0006.0012] | Authenticity and Admissibility |
| 81 | | Email String (May 28-30, 2019) [STATE0006.0033] | Authenticity and Admissibility |
| 82 | | Email from M. Miller (May 10, 2019) [STATE0015.0029] | Authenticity and Admissibility |
| 83 | | Email String (May 29-30, 2019) [STATE0006.0022] | Authenticity and Admissibility |

**DEFENDANTS' EXHIBITS**

| Trial # | Dep. # | Description | Stipulations (if any) |
|---|---|---|---|
| 101 | | Mullins' Candidate Profile Print Review (STATE0015.0066-69) | Authenticity and Admissibility |
| 102 | | Hiring Manager Final Candidate Justification (STATE0119.0001) | Authenticity and Admissibility |
| 103 | | Mullins' References and Work History (STATE0119.0002) | Authenticity and Admissibility |

| | | | |
|---|---|---|---|
| 104 | | 5/11/18 Email from Miller to Mullins re: Application (STATE0122.0037-40) | Authenticity and Admissibility |
| 105 | Mullins C | Air Force Job Description #70646000 (5 pages) | Authenticity and Admissibility |
| 106 | | 4/25/19 Email chain between Whitaker and Miller re: Mullins' Initial Issues (STATE0003.0010-12)[1] | Authenticity |
| 107 | | 4/25/19 Email from Miller to Mullins re: Communication (STATE0015-0030) | Authenticity |
| 108 | | 4/26/19 Email between Miller, Nauth, Whitaker re: Timeliness (STATE0003.0016) | Authenticity |
| 109 | | 5/3/19 Email from Whitaker to Miller re: Sleeping (STATE0093.0015) | Authenticity |
| 110 | | Photo of Mullins Sleeping (STATE0124.0034) | none |
| 111 | | 5/10/19 Email from Miller to Staff re: Work Attire (STATE0015.0029) | Authenticity |
| 112 | | Photos of Mullins and Wickersham at Work (STATE0009.0002-3) | none |
| 113 | | 5/14/19 Email from Wickersham to Mullins re: Afternoon Work Load (STATE0015.0050) | Authenticity |

---

[1] Compare to Plaintiff's Exhibit 41

| 114 | | 5/16/19 Email from Wickersham to Mullins re: NIST (STATE0015.0049) | Authenticity |
|---|---|---|---|
| 115 | | 5/16/19 Email from Whitaker to Miller re: Unemployment (STATE0083.0001) | Authenticity |
| 116 | | 5/17/19 Email from Wickersham to Mullins re: Software Management (STATE0015.0048) | Authenticity |
| 117 | | Mullins' Learning Plan Transcript (STATE0104.0001) | Authenticity and Admissibility |
| 118 | | Excel LinkedIn Learning Training Opportunities (STATE0120.0001) | Authenticity and Admissibility |
| 119 | | 5/20/19 Email from Miller to Wickersham, Mullins re: Progress Reports (STATE0016.0002) | Authenticity |
| 120 | | 5/20/19 Email between Miller and Nauth re: Mullins' Progress (STATE0005.0016-18) | Authenticity |
| 121 | | 5/23/19 Email to Mullins re: Holiday Inn Reservation (STATE0122.0011) | Authenticity |
| 122 | | 5/30/19 Email from Wickersham to Mullins re: To Do List (STATE0015.0045) | Authenticity |
| 123 | | Unemployment Inquiry from Dept' Workforce Dev. and ISDH Protest (STATE0116.0001-4) | none |

| | | | |
|---|---|---|---|
| 124 | | 5/30/19 Letter from Disability Determination Bureau (MISC_000004 at 29) | none |
| 125 | Mullins H | 6/10/19 Emails between Whitaker and Mullins re: Civil Service Complaint (STATE0082.0001-2) | Authenticity |
| 126 | | 8/7/19 Email from MM to DN re: New Hire (STATE0007.0002) | Authenticity |
| 127 | | 9/22/20 Email to Whitaker re: EEOC Notice (STATE0010.0009-10) | Authenticity |
| 128 | | Other Employees' Discipline Spreadsheet (STATE0015.0130-134) | none |
| 129 | | Defendants' 4/26/21 Interrogatories to Mullins | Authenticity |
| 130 | | Mullins' 5/23/21 Interrogatory Responses | Authenticity |
| 131 | | Dr. Lysaker's Mental Status Examination of Mullins (SUBPOENA000260-269) | Authenticity |
| 132 | | Dr. Simmons Physical Examination of Mullins (SUBPOENA000254-258) | Authenticity |
| 133 | | 11/21/19 Primary Care Education Note, LPN Sharp at 11:04:14 (MISC_001279 at 324-25) | None |

| | | | |
|---|---|---|---|
| 134 | | 6/30/19 Social Work Admission Evaluation Note, A. Carmany at 13:59:57 (MISC_001279 at 368-70) | None |
| 135 | | 2/19/20 Primary Care Message from Mullins at 12:31 p.m. (MISC_001279 at 305) | None |
| 136 | | 7/19/21 Letter from Mullins to Carlisle (MISC_000268 at 2-3) | None |
| 137 | | 8/1/21 Letter from Mullins to Carlisle (MISC_001117 at 2-5) | None |
| 138 | | Disability Report – Adult – Form SSA-3368 (MULLIN-000094 – MULLIN000101) | Authenticity |
| 139 | | Disability Determination Bureau, Indiana Disability Determination Service for Social Security Disability Claims for David Mullins (MULLIN-000408 – MULLIN000416) | Authenticity |
| 140 | | Disability Determination Bureau, Indiana Disability Determination Service for Social Security Disability Claims for David Mullins (MULLIN-000418 – MULLIN000426) | Authenticity |

| | | | |
|---|---|---|---|
| 141 | | Disability Determination Bureau letter dated May 30, 2019 with Evaluation information for Friday June 14, 2019 (MULLIN-000427) | Authenticity |
| 142 | | Disability Determination Bureau letter dated May 30, 2019 with Evaluation information for Friday June 15, 2019 (MULLIN-000429) | Authenticity |
| 143 | | Disability Determination Bureau letter dated June 4, 2019, Reminder Letter (MULLIN-000431) | Authenticity |
| 144 | | Disability Determination Bureau letter dated June 5, 2019, Reminder Letter (MULLIN-000432) | Authenticity |
| 145 | | Disability Determination Explanation (MULLIN-000465 – MULLIN000479) | Authenticity |
| 146 | | Disability Determination and Transmittal (MULLIN-000480) | Authenticity |
| 147 | | Disability Determination Bureau, Indiana Disability Determination Service for Social Security Disability Claims for David Mullins (MULLIN-000485 – MULLIN000493) | Authenticity |
| | | For ID Only or as needed for authentication, impeachment, rehabilitation, refreshing recollection | |
| | | Mullins Deposition Transcript | |

|  |  | Miller Deposition Transcript |  |
|---|---|---|---|
|  |  | Whitaker Deposition Transcript |  |
|  | Mullins K | Mullins Medical Records re: Marijuana Usage (impeachment purposes) |  |
|  | Mullins L | Mullins Medical Records re: Erectile Dysfunction Treatment (impeachment purposes) |  |
|  |  | SSA Business Records Certification |  |
|  |  | VA Business Records Certification |  |