UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID M. MULLINS, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-02900-JPH-TAB |
| STATE OF INDIANA, MIKE MILLER, DAVID NAUTH, | ) |
| Defendants. | ) |

**ORDER**

To facilitate the instructions conference to be held during trial, the Court dockets the attached Court's proposed final instruction set and verdict form.

**SO ORDERED.**

Date: 11/13/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel