UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID M. MULLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIKE MILLER, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-02900-JPH-TAB |

## FEDERAL RULE OF EVIDENCE 807 NOTICE

The defendants, by counsel, provide notice to the plaintiff that they intend to offer into evidence Exhibit 131, Paul Lysaker's Mental Health Status Exam, pursuant to Federal Rule of Evidence 807. Exhibit 131 is attached to this notice.[1] Dr. Lysaker passed away on July 25, 2023, see: https://www.indystar.com/obituaries/ins151648.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　THEODORE E. ROKITA
　　　　　　　　　　　　　　　　　　　　Indiana Attorney General
　　　　　　　　　　　　　　　　　　　　Attorney No. 18857-49

Dated:  November 13, 2023　　By:　　*/s/ Gustavo A. Jimenez*
　　　　　　　　　　　　　　　　　　　　Gustavo A. Jimenez
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　IN Attorney No. 35866-53
　　　　　　　　　　　　　　　　　　　　Office of the Indiana Attorney General
　　　　　　　　　　　　　　　　　　　　Indiana Government Center South, 5th Floor
　　　　　　　　　　　　　　　　　　　　302 West Washington Street
　　　　　　　　　　　　　　　　　　　　Indianapolis, IN 46204-2770
　　　　　　　　　　　　　　　　　　　　Phone: (317) 234-2623
　　　　　　　　　　　　　　　　　　　　Fax: (317) 232-7979
　　　　　　　　　　　　　　　　　　　　Email: Gustavo.Jimenez@atg.in.gov

---

[1] Exhibit 131 is filed containing Defendants' proposed redactions.