UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID M. MULLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02900-JPH-TAB |
| | ) |
| STATE OF INDIANA, | ) |
| MIKE MILLER, | ) |
| DAVID NAUTH, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The jury in this cause is committed to the custody of the Court's Bailiff.

**IT IS ORDERED** that the United States District Court Clerk furnish meals for eight (8) jurors at the expense of the United States of America.

**SO ORDERED.**

Date: 11/15/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Finance Department