UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID M. MULLINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-02900-JPH-TAB ) |
| STATE OF INDIANA, MIKE MILLER, DAVID NAUTH, HEATHER WHITAKER, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

On November 15, 2023, the jury returned its unanimous verdict in favor of the State of Indiana on Mr. Mullins's Rehabilitation Act claim and in favor of Mike Miller and David Nauth on Mr. Mullins's § 1983 equal protection claim. The Court directed that judgment enter in accordance with the jury's verdict.

Final judgment will therefore issue in accordance with the Court's summary judgment order, dkt. 92; the order regarding Mr. Mullins's Americans with Disabilities Act claim, which is dismissed without prejudice, dkt. 149; and the jury's verdict.

**SO ORDERED.**

Date: 11/16/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel