UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID M. MULLINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-02900-JPH-TAB ) |
| STATE OF INDIANA, MIKE MILLER, DAVID NAUTH, HEATHER WHITAKER, | ) ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff. Plaintiff's Americans with Disabilities Act claim against the State of Indiana is dismissed without prejudice. Plaintiff shall take nothing by his complaint and this action is terminated.

Date: 11/16/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Carina Weed*
Deputy Clerk, U.S. District Court

Distribution:

All electronically registered counsel